PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8943
Fax: (415) 744-0134
E-mail: donna.w.anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDENCIA ALVARADO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.  2:15-cv-01947-CMK<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br>28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of FIVE THOUSAND, TWO HUNDRED DOLLARS ($5,200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of TWO HUNDRED DOLLARS

1  ($200.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal
2  services rendered on behalf of Plaintiff by counsel in connection with this civil action,
3  in accordance with 28 U.S.C. § 2412(d).

4  After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, David Chermol.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND, TWO HUNDRED DOLLARS ($5,200.00) in EAJA attorney fees and TWO HUNDRED DOLLARS ($200.00) in costs under 28 U.S.C. § 1920 shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, David Chermol, may have relating to EAJA attorney fees in connection with this action.

//
//
//
//

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: May 13, 2016          /s/ David Chermol*
                             DAVID CHERMOL
                             Attorney for Plaintiff
                             *By email authorization on 05/13/16


Dated: May 13, 2016          PHILLIP A. TALBERT
                             Acting United States Attorney
                             DEBORAH LEE STACHEL
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                        By:  /s/ Donna W. Anderson
                             DONNA W. ANDERSON
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

SO ORDERED:

Dated:  May 16, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE